UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO U. HERNANDEZ, et al.,<br>Plaintiffs,<br>v.<br>NISSAN NORTH AMERICA, INC., et al.,<br>Defendants. | Case No. 26-cv-06964-WHO<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

United States District Court
Northern District of California

**ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: August 28, 2026

William H. Orrick
United States District Judge